U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OCT 28 2026
FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT J. DEDRICK,

Defendant.

SEALED INDICTMENT

Case No. 26 CR 123 JDP
18 U.S.C. § 1015(f)
18 U.S.C. § 611(a)

---

THE GRAND JURY CHARGES:

COUNT 1

On or about August 13, 2024, in the Western District of Wisconsin, the defendant,

ROBERT J. DEDRICK,

an alien, knowingly made a false statement and claim that he was a citizen of the United States, in order to register to vote and to vote in a Federal, State, and local election, in that he falsely stated and claimed that he was a United States citizen when registering to vote with the City of Stoughton.

(In violation of Title 18, United States Code, Section 1015(f)).

COUNT 2

On or about November 5, 2024, in the Western District of Wisconsin, the defendant,

ROBERT J. DEDRICK,

an alien, knowing he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the offices of President and Vice President.

(In violation of Title 18, United States Code, Section 611(a)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 10-28-2026

CHADWICK M. ELGERSMA
United States Attorney